IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CALVIN EARL SUGGS, JR.,

    Plaintiff,

v.                                                    4:18cv413–WS/CAS

MOORE HAVEN CORRECTIONAL
FACILITY, et al.,

    Defendant.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 3) docketed October 30, 2018. The magistrate judge recommends that this action be transferred to the Middle District of Florida. The plaintiff has filed objections (doc. 4) to the report and recommendation.

The court having reviewed the matter, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 3) is adopted and incorporated by reference in this order of the court.

2. The clerk shall TRANSFER this action to the United States District Court for the Middle District of Florida, Fort Myers Division, for all further proceedings.

DONE AND ORDERED this   2nd   day of   November  , 2018.

                                s/ William Stafford
                                WILLIAM STAFFORD
                                SENIOR UNITED STATES DISTRICT JUDGE